UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MILDRED WATTS,
    Plaintiff(s)/Petitioner(s),

vs.                                          CASE NO. 2:14-CV-01214-GEB-EFB

CITIBANK, N.A.
    Defendant(s)/Respondents(s).

---

**IMPORTANT**
IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☐ **CONSENT** TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____
☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Counsel for * _____

---

☑ **DECLINE** OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: May 27, 2014    Signature: /s/

Print Name: Marcos D. Sasso
☐ Plaintiff/Petitioner  ☑ Defendant/Respondent
☑ Counsel for * Citibank, N.A.

---

*If representing more than one party, counsel must indicate name of each party responding.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, a copy of the foregoing **CONSENT TO / DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/ *Marcos D. Sasso*
Marcos D. Sasso

LA 51758801v1