UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED WATTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | No.  2:14-cv-01214-GEB-EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement" on July 14, 2014, in which she states, *inter alia*: "this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation." (Notice of Settlement, ECF No. 6.)

　　　　Therefore, a dispositional document shall be filed no later than September 12, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the Status Conference scheduled for hearing on August 4, 2014, is continued to commence at 9:00 a.m. on September 29, 2014, in the event no dispositional document is

1

1  filed, or if this action is not otherwise dismissed.[1]  A joint
2  status report shall be filed fourteen (14) days prior to the
3  status conference.
4  　　　　　　IT IS SO ORDERED.
5  Dated:  July 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2